**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7364**

————————

JAMES ALVIN BOULWARE,

                              Plaintiff - Appellant,

        versus

B. EZELL; CHARLES MCQUEEN; RICHARD TROMBLEY;
SAURE ROBINSON; DANIELL SHAW,

                              Defendants - Appellees,

        and

TOM SMITH; JASON ELLIS; BONNIE HAYS; DAVID
MITCHELL,

                              Defendants.

————————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-99-226-1-MU)

————————

Submitted:  January 16, 2003        Decided:  January 23, 2003

————————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

James Alvin Boulware, Appellant Pro Se. Monica Foust Speight, Jonathan A. Berkelhammer, SMITH MOORE, L.L.P., Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Alvin Boulware appeals the district court's orders dismissing his due process claim alleging that he was denied access to certain legal materials; and granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Boulware v. Ezell, No. CA-99-226-1-MU (W.D.N.C. filed May 30, 2000 & entered May 31, 2000; filed Aug. 30, 2002 & entered Sept. 3, 2002). We deny Boulware's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED